# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| RICARDO MUNOZ, | Case No. 2:23-cv-00672-JCM-NJK |
| Plaintiff, | **ORDER** |
| v. |  |
| FORWARD AIR, INC., et al., |  |
| Defendants. |  |

On May 2, 2023, the Court ordered Defendants to file an amended certificate of interested parties identifying the citizenship of each party attributed to them. Docket No. 5. Defendants have now filed an amended certificate of interested parties. Docket No. 6. The amended certificate of interested parties identifies Prologis USLV SubREIT 4 LLC as being the sole member of Defendant KTR LV IV LLC  *See id.* at 1.  When a member of an LLC is itself an LLC, the jurisdictional analysis requires identification of the citizenship of each "sub-member" as well. *See, e.g., Diamos v. Specialized Loan Serv. LLC*, 2014 WL 3362259, *2 (N.D. Cal. July 7, 2014). Similarly, when a member/owner of an LLC is a trust, the jurisdictional analysis requires identifying the citizenship of any trustees. *See, e.g., Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (internal citation omitted). The Court, therefore, cannot determine based on the current record whether the invocation of diversity jurisdiction is proper.

Accordingly, Defendants are hereby **ORDERED** to file an amended certificate of interested parties that lists the name and citizenship of each member/owner of Defendant KTR LV IV LLC, no later than May 17, 2023.

IT IS SO ORDERED.

Dated: May 10, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1