**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICARDO MUNOZ,<br><br>　　　Plaintiff,<br><br>v.<br><br>FORWARD AIR, INC., et al.,<br><br>　　　Defendants. | Case No. 2:23-cv-00672-JCM-NJK<br><br>**ORDER** |

On May 10, 2023, the Court ordered Defendants to file a second amended certificate of interested parties fully identifying the citizenship of each party and entity attributed to them. Docket No. 7. Defendants have now filed a second amended certificate of interested parties. Docket No. 10. The amended certificate of interested parties identifies Prologis USLV Operating Partnership, L.P. as being the managing member of Prologis USLV SubREIT 4, LLC, who is in turn the sole member of Defendant KTR LV IV LLC *See id.* at 1-2. When a member of an LLC is itself an LLC, the jurisdictional analysis requires identification of the citizenship of each "sub-member" as well. *See, e.g.*, *Diamos v. Specialized Loan Serv. LLC*, 2014 WL 3362259, *2 (N.D. Cal. July 7, 2014). Similarly, when a member/owner of an LLC is a non-corporate entity, the jurisdictional analysis requires identifying the citizenship of any members or partners. *See, e.g.*, *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (internal citation omitted). "[A] partnership is a citizen of all of the states of which its partners are citizens." *Id.* Defendants' second amended certificate of interested parties fails to identify the partners of Prologis USLV Operating Partnership, L.P. or those partners' citizenship. *See* Docket No. 10. The Court, therefore, cannot determine based on the current record whether the invocation of diversity jurisdiction is proper.

Accordingly, Defendants are hereby **ORDERED** to file a third amended certificate of interested parties that lists the name and citizenship of each member/owner of Defendant KTR LV IV LLC, no later than May 19, 2023.

IT IS SO ORDERED.

Dated: May 17, 2023

Nancy J. Koppe
United States Magistrate Judge