Bruce Scott Dickinson, Esq.
Nevada Bar No. 002297
**THORNDAL, ARMSTRONG, PC**
1100 E. Bridger Avenue
Las Vegas, NV  89101
TEL: (702) 366-0622
FAX: (702) 366-0327
email:  bsd@thorndal.com

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD MUNOZ, | Case No.: 2:23-cv-00672-JCM-NJK |
| Plaintiff, | |
| vs. | **Stipulation and Order to Remand to State Court** |
| FORWARD AIR, INC., a foreign corporation; FORWARD AIR SERVICES, INC., a foreign company; KTR LV IV LLC, a foreign limited-liability company; DOES I through X; and ROE BUSINESS ENTITIES I through X; inclusive, | |
| Defendants. | |

Plaintiff and Defendants stipulate that this matter be remanded to The Eighth Judicial District Court, Case # A-22-863187-C for further proceedings.

…

…

…

1

The parties further stipulate that the Eighth Judicial District Court has jurisdiction over this matter for all further proceedings.

| | |
|---|---|
| DATED this 19th day of May, 2023 | DATED this 18th day of May, 2023 |
| **GGRM LAW FIRM** | **THORNDAL ARMSTRONG, PC** |
| By: /s/ DILLON G. COIL | By: *(signature)* |
| DILLON G. COIL, ESQ.<br>Nevada Bar No. 11541<br>RYAN A. LOOSVELT, ESQ.<br>Nevada Bar No. 8550<br>2770 S. Maryland Pkwy., Suite 100<br>Las Vegas, Nevada 89109<br>Phone: 702. 384.1616 / Fax: 702.384.2990<br>dcoil@ggrmlawfirm.com<br>rloosvelt@ggrmlawfirm.com<br><br>Attorneys for Plaintiff | BRUCE SCOTT DICKINSON, ESQ.<br>Nevada Bar No. 002297<br>1100 E. Bridger Avenue<br>Las Vegas, NV  89101<br>TEL: (702)  366-0622 / FAX: (702)  366-0327<br>bsd@thorndal.com<br><br>Attorneys for Defendants |

**ORDER**

IT IS SO ORDERED May 22, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by

*(signature)*
_____
Bruce Scott Dickinson, Esq.
Nevada Bar No. 002297
**THORNDAL, ARMSTRONG, PC**
1100 E. Bridger Avenue
Las Vegas, NV  89101
TEL: (702)  366-0622
FAX: (702)  366-0327
email:  bsd@thorndal.com

Attorneys for Defendants

2